**DISMISS; Opinion Filed April 18, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00463-CR**
**No. 05-13-00467-CR**

**ALBERT HAGGERTY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00611-P, F08-72422-P**

**MEMORANDUM OPINION**

Before Justices Francis, Lang, and Evans
Opinion by Justice Evans

Albert Haggerty pleaded guilty to indecency with a child and sexual assault of a child. Pursuant to plea agreements, the trial court assessed punishment at five years' imprisonment in each case. Appellant waived his right to appeal in conjunction with the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/David W. Evans/
DAVID W. EVANS
JUSTICE

Do Not Publish
Tex. R. App. P. 47
130463F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ALBERT HAGGERTY, Appellant

No. 05-13-00463-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-00611-P.
Opinion delivered by Justice Evans, Justices Francis and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 18th day of April, 2013.

/David W. Evans/

DAVID W. EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALBERT HAGGERTY, Appellant

No. 05-13-00467-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F08-72422-P.
Opinion delivered by Justice Evans,
Justices Francis and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 18th day of April, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE